JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

Case No.    **CV 13-6148-JFW (RZx)**                                   Date:  October 21, 2013

Title:     Unicolors, Inc. -v- Venus Fashions, Inc., et al.

---

**PRESENT:**

    **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| **Shannon Reilly** | **None Present** |
|---|---|
| **Courtroom Deputy** | **Court Reporter** |

| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**    ORDER OF DISMISSAL

    In the Notice of Settlement filed on October 18, 2013, Dkt. No. 13, the parties represent that they have settled this action.  As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before November 18, 2013.  The Court will retain jurisdiction for the sole purpose of enforcing the settlement until November 18, 2013.  Thereafter, absent further order of the Court, the Clerk is ordered to dismiss this action with prejudice.  All dates in this action are vacated.

    IT IS SO ORDERED.

Initials of Deputy Clerk   sr

(Rev. 1/31/12)